UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUIGLEY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendant. | Case No. 8:21-cv-1200 JLS (KESx)<br><br>**ORDER GRANTING DEFENDANT T-MOBILE'S APPLICATION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOC. 25)** |

The Court, after due consideration of Defendant T-Mobile USA, Inc.'s Application to File Under Seal Exhibits in Support of Motion for Summary Judgment (Doc. 25) ("Application") and all argument and evidence submitted therewith, orders as follows:

1.  The Exhibits that are the subject of this Application and the basis for the claim of confidentiality are as follows:

| Exhibit | Description |
|---|---|
| 11 | Excerpts from T-Mobile's Sales Incentive Compensation Program Document, which have been produced Confidentially as T-Mobile_Quigley000365-366, 000371-000372. |
| 13 | Excerpts from T-Mobile's Sales Incentive Compensation Plan, which have been produced Confidentially as T-Mobile_Quigley004564, 4574. |
| 17 | Excerpts of email correspondence containing customer account, marketing, and pricing information, which have been produced Confidentially as T-Mobile_Quigley004341-004343. |
| 18 | Excerpts of email correspondence containing customer account, business strategy, and pricing information, which have been produced Confidentially as T-Mobile_Quigley004069-004071. |
| 19 | Excerpts of email correspondence discussing internal financial and business strategy regarding a specific customer, which have bene produced Confidentially as T-Mobile_Quigley000499-000501. |
| 20 | Excerpts of email correspondence discussing internal financial and business strategy, including information relating to T-Mobile's incentive compensation plan, which have been produced Confidentially as T-Mobile_Quigley000540-00547. |

2. This Application is granted as to the above Exhibits. Defendant shall file the sealed Exhibits in compliance with L.R. 79-5.2.2(c).

**IT IS SO ORDERED.**

DATED: May 16, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE